

**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-14085-CIV-MIDDLEBROOKS/WHITE

*04-14041 CR DMM*

DEWITT FERGUSON,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER ADOPTING REPORT & RECOMMENDATION

THIS CAUSE comes before the Court upon the Report & Recommendation ("R&R") issued by Magistrate Judge Patrick A. White on November 27, 2006 (DE 23). Pursuant to the R&R and RULE 4 OF THE MAGISTRATE JUDGE RULES OF THE LOCAL RULES FOR THE SOUTHERN DISTRICT OF FLORIDA, Petitioner's Objections were due on or before December 11, 2006.[1] No Objections have been filed to date.

Petitioner filed a motion to vacate pursuant to 28 U.S.C. § 2255. Upon review of the "R&R" and the entire record, and for the reasons set forth in the R&R, the Court finds that the Motion to Vacate is due to be denied. Accordingly, it is

**ORDERED and ADJUDGED** that the Magistrates Report & Recommendation be and is hereby **ADOPTED** and the **Petition** is **DISMISSED**. The Clerk of Court shall mark this **CASE as CLOSED** and **DENY** all **PENDING MOTIONS** as **MOOT**.

---

[1] Rule 4.(b) of the Magistrate Judge Rules of the Southern District of Florida provides, in pertinent part, that a "party may object to a Magistrate Judge's [R&R] . . . within 10 days after being served with a copy thereof.

DONE and ORDERED in Chambers, at Miami, Florida this 29th day of January, 2007.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:  Dewitt Ferguson, *pro se*
#70859-004
Medical Center for Federal Prisons
PO Box 4000
Springfield, MO 65801-4000